IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 14-1330-RGA |
| D&M HOLDINGS INC., et al., | : |
| Defendants. | : |

**ORDER ON PENDING MOTIONS**

Upon consideration of the pending motions, this 4th day of March 2016, IT IS HEREBY ORDERED that:

1. Defendants' motion for leave to amend (D.I. 81) is **GRANTED**;

2. Plaintiff's motion for leave to file a sur-reply (D.I. 91) is **DISMISSED** as moot;

3. Plaintiff's motion for leave to amend complaint (D.I. 93) is **GRANTED**;

4. Defendants' counterclaims for patent infringement are, pursuant to Fed. R. Civ. P. 42(b), and consistent with the Court's practice, **SEVERED** for a separate trial. The counterclaims are to be docketed with a new civil action number. The parties should meet and confer and submit by March 14, 2016, a Rule 16 scheduling order for the counterclaims. If the parties do not agree on a schedule, they should promptly call Chambers to get a date and time for a scheduling conference.

*Richard G. Andrews*
United States District Judge