## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|         v. | ) Civil Action No. 14-1330-RGA |
| | ) |
| D&M HOLDINGS INC. d/b/a THE | ) |
| D+M GROUP, D&M HOLDINGS U.S. | ) |
| INC., and DENON ELECTRONICS | ) |
| (USA), LLC, | ) |
| | ) |
|         Defendants. | ) |

### JOINT CLAIM CONSTRUCTION CHART

### VOLUME 1 OF 3

### Exhbits A – O

| | |
|---|---|
| Philip A. Rovner (#3215) | Jack B. Blumenfeld (#1014) |
| Jonathan A. Choa (#5319) | Michael J. Flynn (#5333) |
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Hercules Plaza | 1201 N. Market Street |
| P.O. Box 951 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| (302) 984-6000 | (302) 658-9200 |
| provner@potteranderson.com | jblumenfeld@mnat.com |
| jchoa@potteranderson.com | mflynn@mnat.com |
| | |
| *Attorneys for Sonos, Inc.* | *Attorneys for Defendants D&M Holdings Inc.* |
| | *d/b/a The D+M Group, D&M Holdings U.S. Inc.* |
| | *and Denon Electronics (USA), LLC* |

August 17, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14-1330-RGA |
| ) | |
| D&M HOLDINGS INC. d/b/a THE ) | |
| D+M GROUP, D&M HOLDINGS U.S. ) | |
| INC., and DENON ELECTRONICS ) | |
| (USA), LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to this Court's Scheduling Order, Plaintiff Sonos, Inc. ("Plaintiff" or "Sonos") and Defendants D&M HOLDINGS INC. d/b/a THE D+M GROUP, D&M HOLDINGS U.S. INC., and DENON ELECTRONICS (USA), LLC (collectively, "Defendants" or "D&M") provide a Joint Claim Construction Chart, attached as Exhibit 1, listing the claim terms and phrases, as well as the parties' proposed constructions, at issue in this case. Moroever, in Exhibit 1 attached hereto, each party has submitted citations to the intrinsic record that support the Party's proposed construction. Also attached are: the patents-in-suit (U.S. Patent Nos. 7,571,014 ("the '014 Patent"), 8,588,949 ("the '949 Patent"), 8,843,224 ("the '224 Patent"), 8,938,312 ("the '312 Patent"), 8,938,637 ("the '637 Patent"), 9,042,556 ("the '556 Patent"), 9,195,258 ("the '258 Patent"), 9,202,509 ("the '509 Patent"), 9,213,357 ("the '357 Patent"), 9,219,959 ("the '959 Patent"), and D559,197 ("the '197 Patent")), Exhibits A-K, respectively, and copies of the corresponding portions of the intrinsic record (other than the patents-in-suit) that have been relied upon in the Joint Claim Construction Chart (Exhibits L-CC).

Many of the patents-in-suit have the same or similar disclosures, and each party's citation to a disclosure in one patent-in-suit shall be understood to encompasses the same or similar

disclosure in other patents-in-suit. Further, citations to a particular figure in a specification shall be understood to encompass any text referring to or discussing the figure (and vice versa). Further yet, when a similar disclosure appears multiple times in a patent-in-suit, a citation to one such disclosure shall be understood to encompass any other such disclosure in the patent-in-suit.

Each parties reserves the right to rely on uncited portions of the intrinsic evidence to provide context and/or to aid in understanding the cited portions of the intrinsic evidence. Additionally, each party reserves the right to rely on uncited intrinsic evidence in rebuttal to arguments or evidence submitted by the other party.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Philip A. Rovner* | /s/ *Michael J. Flynn* |
| Philip A. Rovner (#3215) | Jack B. Blumenfeld (#1014) |
| Jonathan A. Choa (#5319) | Michael J. Flynn (#5333) |
| Hercules Plaza | 1201 N. Market Street |
| P.O. Box 951 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| (302) 984-6000 | (302) 658-9200 |
| provner@potteranderson.com | jblumenfeld@mnat.com |
| jchoa@potteranderson.com | mflynn@mnat.com |
| | |
| *Attorneys for Sonos, Inc.* | *Attorneys for Defendants D&M Holdings Inc. d/b/a The D+M Group, D&M Holdings U.S. Inc. and Denon Electronics (USA), LLC* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| George I. Lee<br>Sean M. Sullivan<br>Rory P. Shea<br>J. Dan Smith<br>Michael P. Boyea<br>LEE SULLIVAN SHEA & SMITH LLP<br>224 North Desplaines St., Suite 250<br>Chicago, IL 60661<br>(312) 754-0002<br>lee@ls3ip.com<br>sullivan@ls3ip.com<br>shea@ls3ip.com<br>smith@ls3ip.com<br>boyea@ls3ip.com | John M. Jackson<br>Kurt A. Schwarz<br>Nathaniel (Nate) St. Clair II<br>Matthew C. Acosta<br>Blake Dietrich<br>JACKSON WALKER L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, TX 75202<br>(214) 953-6000<br><br>David Folsom<br>JACKSON WALKER L.L.P.<br>6002 Summerfield, Suite B<br>Texarkana, TX 75503<br>(903) 255-3250 |

August 17, 2016
1231700

3