# Exhibit 1

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| 1 | "zone player"<br><br>"playback device"<br><br><br>"player" | '258 Patent<br><br>'357 Patent, '637 Patent, '949 Patent, '556 Patent, '959 Patent, '509 Patent, '312 Patent<br><br>'014 Patent | A data network device configured to process and output audio<br><br>*'258/'357/'637 Intrinsic Evidence:*<br>● '258 Patent, at Figs. 1-3, col. 1:33-43, 1:55-3:33, 3:31-35, 3:40-41, 3:49-7:48, 7:58-13:21, 13:54-17:44, 17:57-31:41, 31:49-32:13, 32:23-34:59, 35:1-14, 35:33-60, 36:19-59, Claims 1, 8, 10-11, 16-17, 24, 26<br>● '357 Patent, at Abstract, Claims 1-3, 7-11, 18-20<br>  ○ <u>NOTE</u>: Because the '258 and '357 Patents are in the same family and share a common specification, Sonos has not included separate citations to the overlapping disclosure in the '357 Patent, but Sonos expressly reserves its right to rely on this disclosure in the '357 Patent.<br>● '637 Patent, at Figs. 1-3, col. 2:17-22, 2:28-3:63, 4:21-6:41, 7:25-9:44, 9:61-10:15, Claims 1-2, 9, 18<br>● U.S. Pat. No. 8,234,395 (the "'395 Patent"), at col. 66:53-67:18, 67:39-45, 68:9-15, 69:64- | A device configured to output sound waves<br><br>*'258/'357/'637 Intrinsic Evidence:*<br>● '258 Patent File History<br>  ○ Preliminary Amend. 02/20/14<br>  ○ Non-Final Office Action 07/25/14<br>  ○ Response to Non-Final Office Action 10/27/14<br>  ○ Final Office Action 02/11/15<br>  ○ Response to Final Office Action 03/27/15<br>  ○ Request for Continued Examination ("RCE") 05/11/15<br>  ○ Amend. After Notice of Allowance 07/14/15<br>  ○ RCE 09/07/15<br>  ○ Amend. After Notice of Allowance 09/28/15<br>● '357 Patent File History<br>  ○ Preliminary Amend. 10/17/14<br>  ○ Non-Final Office Action 12/01/14<br>  ○ Response to Non-Final Office Action 01/19/15<br>  ○ Final Office Action |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | 70:21, Claims 1-20<br>  ○ <u>NOTE</u>: Because the '258 and '395 Patents are in the same family and share a common specification, Sonos has not included separate citations to the overlapping disclosure in the '395 Patent, but Sonos expressly reserves its right to rely on this disclosure in the '395 Patent.<br>● U.S. App. No. 60/490,768 Provisional Application dated 07/28/03, at p. 1-11, Figs. 1-4<br><br>*'014/'949 Intrinsic Evidence:*<br>● '014 Patent, at Figs. 1-2A, col. 1:17-2:13, 2:24-2:51, 3:29-34, 3:46-50, 4:11-42, 4:59-6:5, 6:18-7:22, 8:50-57, 9:18-28, 9:47-10:15, 10:28-32, 12:10-27, Claims 1, 3, 6, 8, 12, 21<br>● '014 Patent File History<br>  ○ Patent Application dated 06/05/04, at 31, 32, 35-37<br>  ○ Non-Final Office Action Mailed 02/18/09, at p. 3-6, 15<br>● '949 Patent, at Figs. 1-2A, col. 1:24-2:17, 2:28-37, 2:65-3:3, | 03/09/15<br>  ○ Response to Final Office Action 05/11/15<br>  ○ RCE 07/07/15<br>● '637 Patent File History<br>  ○ Preliminary Amend. 03/19/14<br>  ○ Non-Final Office Action 06/17/14<br>  ○ Response to Non-Final Office Action 08/14/14<br><br>*'014/'949 Intrinsic Evidence:*<br>● '014 Patent, at Fig. 1, col. 1:34-49, 2:47-51, 4:12-37, 10:16-36<br>● '014 Patent File History<br>  ○ Non-Final Office Action 06/27/08<br>  ○ Response to Non-Final Office Action 09/15/08<br>  ○ Non-Final Office Action 02/18/09<br>  ○ Response to Non-Final Office Action 03/28/09<br>  ○ Reexam. ('949 Patent) Non-Final Office Action 04/22/15<br>  ○ Response to Reexam. Non-Final Office Action 06/22/15<br>  ○ Reexam. Final Office |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | 3:40-45, 3:57-60, 4:28-32, 4:55-6:40, 8:1-8, 9:49-64, 10:18-26, 11:53-58, Claims 1, 8, 15<br>● '949 Patent File History<br>　○ Non-Final Office Action Mailed 04/10/13, at p. 3, 7<br>　○ Notice of Allowance Mailed 09/06/13, at p. 2-3 (Notice of Allowability)<br>　○ Decision Granting Ex Parte Reexam. Mailed 01/29/15, at p. 2<br>　○ Response to Reexam. Non-Final Office Action dated 06/22/15, at p. 8-12, 14-16<br><br>*'959/'509 Intrinsic Evidence:*<br>● '959 Patent, at Abstract, Figs. 1-2A, 7-9, 10A-F, col. 1:54-2:19, 2:31-34, 2:57-65, 3:9-4:37, 4:61-67, 5:2-7, 5:30-8:45, 9:1-17, 10:50-58, 11:21-23, 13:56-21:39, Claims 1-2, 5-11, 13-15, 18-22<br>● '959 Patent File History<br>　○ Patent Application dated 06/09/14, at p. 41-45<br>　○ Office Action Response dated 04/20/15, at p. 8<br>　○ Interview Summary Dated 05/13/15<br>　○ Notice of Allowance | Action 08/05/15<br>　○ Response to Reexam. Final Office Action 10/05/15<br>● '949 Patent File History<br>　○ Preliminary Amend. 03/23/13<br>　○ Non-Final Office Action 04/10/13<br>　○ Response to Non-Final Office Action 07/08/13<br>　○ Amend. After Notice of Allowance 09/13/13<br>　○ Reexam. Non-Final Office Action 04/22/15<br>　○ Response to Reexam. Non-Final Office Action 06/22/15<br>　○ Reexam. Final Office Action 08/05/15<br>　○ Response to Reexam. Final Office Action 10/05/15<br><br>*'959/'509 Intrinsic Evidence:*<br>● '959 Patent File History<br>　○ Non-Final Office Action 03/23/15<br>　○ Response to Non-Final Office Action 04/20/15<br>　○ Amend. After Notice of Allowance 08/13/15<br>　○ RCE 09/21/15 |

3

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | Mailed 05/13/15, at p. 2 (Notice of Allowability)<br>● '509 Patent, at Abstract, Figs. 1-2A, 7-8, 9A-F, col. 1:18-2:15, 2:26-35, 2:53-3:49, 3:60-63, 4:23-25, 4:35-39, 4:62-7:3, 8:51-59, 9:22-24, 11:56-14:6, Claims 1-3, 6-8, 11-13, 16-18, 23-25, 28-30<br>● '509 Patent File History<br>   ○ Patent Application dated 01/25/11, at p. 29-33<br>   ○ Non-Final Office Action Mailed 09/27/13, at p. 3-4, 8, 9<br>   ○ Response to Office Action dated 12/19/13, at p. 7-9<br>   ○ RCE dated 05/12/14, at p. 9<br>   ○ Non-Final Office Action Mailed 02/13/15, at p. 4-6<br>   ○ Response to Office Action dated 04/16/15, at p. 9<br>   ○ Notice of Allowance Mailed 07/10/15, at p. 2 (Reasons For Allowance)<br>   ○ Interview Summary Dated 07/10/15<br>● U.S. App. No. 60/825,407 Provisional Application dated 09/12/06, Appendix A at p. 4, |    ○ Request for Ex Parte Reexam. 05/25/16<br>● '509 Patent File History<br>   ○ Non-Final Office Action 09/27/13<br>   ○ Response to Non-Final Office Action 12/19/13<br>   ○ Final Office Action 02/10/14<br>   ○ RCE 05/12/14<br>   ○ Non-Final Office Action 02/13/15<br>   ○ Response to Non-Final Office Action 04/16/15<br>   ○ Amend. After Notice of Allowance 08/10/15<br>   ○ Amend. After Notice of Allowance 10/12/15<br>   ○ Request for Ex Parte Reexam. ('959 Patent) 05/25/16<br><br>*'556 Intrinsic Evidence:*<br>● '556 Patent File History<br>   ○ Non-Final Office Action 09/25/13<br>   ○ Response to Non-Final Office Action 12/19/13<br>   ○ Final Office Action 04/10/14<br>   ○ Response to Final Office |

4

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | 13-15, 17-19, Appendix B at 3-4, 16-17, 19, 23, 27, 30-32, 40, 43<br><u>'556 Intrinsic Evidence:</u><br>• '556 Patent, at Abstract, Figs. 1, 2A-C, 4, 6A-B, 7A-B, 8, 9, 13, 15, 17, col. 1:37-45, 1:51-63, 2:10-11, 2:26-29, 2:33-3:15, 3:30-33, 4:21-5:3, 5:13-19, 5:27-9:3, 9:64-10:3, 10:57-12:65, 13:15-32, 14:17-22, 19:47-23:67, Claims 1-2, 4-6, 10, 12, 17-21, 23-25, 28-29, 31-33<br>• '556 Patent File History<br>    ○ Patent Application dated 07/19/11, at p. 46-52<br>    ○ Response to Office Action dated 12/03/14, at p. 14-15<br><br><u>'312 Intrinsic Evidence:</u><br>• '312 Patent, at Figs. 1-2A, 7-9, 10A-F, 11, col. 1:32-35, 1:60-65, 2:12-3:7, 3:22-57, 3:59-63, 4:21-6:48, 7:13-9:21, 9:46-62, 11:28-36, 14:36-16:14, 16:39-22:15, 22:42-23:53, Claims 1-4, 6<br>• '312 Patent File History<br>    ○ Patent Application dated 04/18/11, p. 44-45<br>    ○ Notice of Allowance Mailed 10/01/14, at p. 8 (examiner's statement of | Action 06/10/14<br>    ○ Non-Final Office Action 09/11/14<br>    ○ Response to Non-Final Office Action 12/03/14<br><br><u>'312 Intrinsic Evidence:</u><br>• '312 Patent File History<br>    ○ Non-Final Office Action 04/24/14<br>    ○ Response to Non-Final Office Action 07/03/14<br>    ○ Final Office Action 07/25/14<br>    ○ Response to Final Office Action 09/22/14<br>    ○ Amend. After Notice of Allowance 12/08/14 |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | reasons for allowance) | |
| 2 | "network interface" | '258 Patent, '357 Patent, '014 Patent, '959 Patent, '312 Patent, '224 Patent | A point of interconnection between a device and a data network<br><br>*'258/'357 Intrinsic Evidence:*<br>● U.S. App. No. 60/490,768 Provisional Application dated 07/28/03, at p. 1-11, Figs. 1-4<br>● '258 Patent, at Figs. 1, 3, col. 1:55-2:28, 2:43-52, 2:59-61, 3:31-35, 3:49-56, 4:10-21, 4:60-5:31, 8:6-12, 10:21-47, 11:32-65, 11:65-13:6, 15:31-44, 15:54-60, 16:13-17:44, 17:57-18:10, 18:32-49, 20:58-21:9, 22:49-26:14, 27:1-31:41, 31:51-32:13, 33:11-34:35, 34:36-50, 35:33-60, 36:19-54, Claims 1, 10, 17, 24<br>● '357 Patent, at Claim 9<br>　○ <u>NOTE</u>: Because the '258 and '357 Patents are in the same family and share a common specification, Sonos has not included separate citations to the overlapping disclosure in the '357 Patent, but Sonos expressly reserves its right to rely on this disclosure in | A system component operable to receive data and provide it to the system<br><br>*'258/'357 Intrinsic Evidence:*<br>● '258 Patent, at col. 22:49-67, 23:35-24:18<br>● '258 Patent File History<br>　○ Preliminary Amend. 02/20/14<br>　○ Non-Final Office Action 07/25/14<br>　○ Response to Non-Final Office Action 10/27/14<br>　○ Final Office Action 02/11/15<br>　○ Response to Final Office Action 03/27/15<br>　○ RCE 05/11/15<br>　○ Amend. After Notice of Allowance 07/14/15<br>　○ RCE 09/07/15<br>　○ Amend. After Notice of Allowance 09/28/15<br>● '357 Patent File History<br>　○ Preliminary Amend. 10/17/14<br>　○ Non-Final Office Action |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | the '357 Patent<br><br>*'014 Intrinsic Evidence:*<br>• '014 Patent, at Figs. 1, 2A, 2C, col. 1:24-13, 3:46-50, 4:11-27, 4:38-42, 4:58-5:33, 6:18-7:22, 7:28-35, 8:38-49, 8:50-57, Claims 6, 21, 38<br>• '014 Patent File History<br>  ○ Patent Application dated 06/05/04, at 31, 32, 35-37, 39<br><br>*'959 Intrinsic Evidence:*<br>• '509 Patent, at Abstract, col. 3:1-14, 4:35-39, 4:62-5:17, 5:63-6:42<br>• '509 Patent File History<br>  ○ Patent Application dated 01/25/11, at p. 29-33<br>  ○ Non-Final Office Action Mailed 09/27/13, at p. 3-4, 8, 9<br>  ○ Response to Office Action dated 12/19/13, at p. 7-9<br>  ○ RCE dated 05/12/14, at p. 9<br>  ○ Non-Final Office Action Mailed 02/13/15, at p. 4-6<br>  ○ Response to Office Action dated 04/16/15, at p. 9<br>  ○ Notice of Allowance | 12/01/14<br>  ○ Response to Non-Final Office Action 01/19/15<br>  ○ Final Office Action 03/09/15<br>  ○ Response to Final Office Action 05/11/15<br>  ○ RCE 07/07/15<br><br>*'014 Intrinsic Evidence:*<br>• '014 Patent, at Figs. 1-2A, col. 6:18-61<br>• '014 Patent File History<br>  ○ Non-Final Office Action 06/27/08<br>  ○ Response to Non-Final Office Action 09/15/08<br>  ○ Non-Final Office Action 02/18/09<br>  ○ Response to Non-Final Office Action 03/28/09<br>  ○ Reexam. ('949 Patent) Non-Final Office Action 04/22/15<br>  ○ Response to Reexam. Non-Final Office Action 06/22/15<br>  ○ Reexam. Final Office Action 08/05/15<br>  ○ Response to Reexam. Final Office Action 10/05/15 |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | Mailed 07/10/15, at p. 2 (Reasons For Allowance)<br>○ Interview Summary Dated 07/10/15<br>● '959 Patent, at Abstract, Figs. 1, 2A, 7, 8, col. 1:64-2:16, 4:26-38, 5:2-7, 5:30-6:17, 7:8-8:45, 10:50-58, 14:4-9, 17:1-18:33, 19:33-62, Claims 1, 9, 11, 13-14, 21-22<br>● '959 Patent File History<br>○ Patent Application dated 06/09/14, at p. 41-45<br>○ Interview Summary Dated 05/13/15<br>○ Notice of Allowance Mailed 25/13/15, at 2 (Notice of Allowability)<br><br>'312 Intrinsic Evidence:<br>● '312 Patent, at Figs. 1, 2A, 7, 8, 11, col. 1:32-35, 1:58-62, 2:12-17, 2:34-38, 2:49-53, 2:57-61, 3:3-7, 3:22-25, 3:41-44, 3:59-64, 4:21-5:8, 5:53-6:48, 7:28-9:21, 11:27-36, 14:51-63, 17:50-19:15, 20:31-44, 22:42-23:6, Claims 1-3<br>● '312 Patent File History<br>○ Patent Application dated 04/18/11, at p. 44 | '959 Intrinsic Evidence:<br>● '959 Patent File History<br>○ Non-Final Office Action 03/23/15<br>○ Response to Non-Final Office Action 04/20/15<br>○ Amend. After Notice of Allowance 08/13/15<br>○ RCE 09/21/15<br>○ Request for Ex Parte Reexam. 05/25/16<br><br>'312 Intrinsic Evidence:<br>● '312 Patent File History<br>○ Non-Final Office Action 04/24/14<br>○ Response to Non-Final Office Action 07/03/14<br>○ Final Office Action 07/25/14<br>○ Response to Final Office Action 09/22/14<br>○ Amend. After Notice of Allowance 12/08/14<br><br>'224 Intrinsic Evidence:<br>● '224 Patent File History<br>○ Non-Final Office Action 07/16/13<br>○ Response to Non-Final |

8

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | *'224 Intrinsic Evidence:* <br>● '224 Patent, at Abstract, Figs. 1, 2A-B, col. 1:50-60, 2:4-25, 2:36-56, 3:1-8, 3:23-33, 3:59-5:48, 5:64-6:19, 6:56-67, 7:27-36, 8:8-13, Claims 1, 11, 19 <br>● '224 Patent File History <br>  ○ Patent Application dated 08/18/11, at p. 19-21 | Office Action 10/15/13 <br>  ○ Final Office Action 01/29/14 <br>  ○ Response to Final Office Action 04/22/14 |
| 3 | "pairing, "paired" | '556 Patent, '959 Patent | A group of two or more playback devices that have different playback roles. <br><br> *'959 Intrinsic Evidence:* <br>● '959 Patent, at Title, Abstract, Figs. 7-9, 10A-F, col. 1:23-26, 1:54-2:19, 2:57-67, 3:9-67, 6:18-61, 7:46-58, 9:1-17, 9:60-10:15, 13:56-21:56, Claims 1-11, 14-20 <br>● '959 Patent File History <br>  ○ Patent Application dated 06/09/14, at p. 41-45 <br>  ○ Notice of Allowance Mailed 05/13/15, at 2 (Reasons For Allowance) <br>● '509 Patent, at Abstract, Figs. 7-8, 9A-F, col. 2:58-3:49, 4:23-30, 5:44-62, 8:6-8, 11:56-14:6, Claims 6, 16, 28 <br>● '509 Patent File History <br>  ○ Patent Application dated | Plain and ordinary meaning <br><br> *'959 Intrinsic Evidence:* <br>● '959 Patent, Figs. 1, 3B, 7, 9, 10B, col. 1:54-63 <br>● '959 Patent File History <br>  ○ Non-Final Office Action 03/23/15 <br>  ○ Response to Non-Final Office Action 04/20/15 <br>  ○ Amend. After Notice of Allowance 08/13/15 <br>  ○ RCE 09/21/15 <br>  ○ Request for Ex Parte Reexam. 05/25/16 <br><br> *'556 Intrinsic Evidence:* <br>● '556 Patent File History <br>  ○ Non-Final Office Action 09/25/13 <br>  ○ Response to Non-Final Office Action 12/19/13 |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | 01/25/11, at p. 29-33<br>○ Response to Office Action dated 12/19/13, at 7-8<br>○ RCE dated 05/12/14, at p. 9<br>○ Response to Office Action dated 04/16/15, at p. 9<br><br>*'556 Intrinsic Evidence:*<br>● '556 Patent, at 2:52-66, 6:6-7:7, 8:1-21, 12:16-48, 15:65-16:3, 16:28-34, 24:3-16, Claims 1, 14, 20, 28<br>● '556 Patent File History<br>○ Patent Application dated 07/19/11, at p. 47, 49, 51<br>○ Interview Summary Dated 06/10/14 | ○ Final Office Action 04/10/14<br>○ Response to Final Office Action 06/10/14<br>○ Non-Final Office Action 09/11/14<br>○ Response to Non-Final Office Action 12/03/14 |
| 4 | The scope of the design claimed in the '197 Patent | '197 Patent | A design for a control strip comprising the following ornamental features:<br><br>(1) a first button having (a) a substantially square shape with rounded corners and (b) indicia of an audio output state;<br><br>(2) a second button having (a) a substantially non-square, rectangular shape with rounded corners and (b) | The ornamental design as shown in all of the drawings as a whole, excluding functional elements such as "+" "-" "vol" and mute symbols<br><br>*'197 Intrinsic Evidence:*<br>● '197 Patent, Figs. 1-10<br>● '197 Patent File History:<br>○ Reexam. Non-Final Office Action 12/30/15<br>○ Response to Reexam. Non-Final Office Action |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|-----|-----------|-----------|---------------------------------------------------|--------------------------------------------------|
| | | | indicia of an increase and decrease for volume;<br><br>(3) wherein the first button and the second button (a) are oriented in a substantially up-and-down configuration, (b) are substantially aligned about the same axis, and (c) have substantially the same width; and<br><br>(4) wherein the first button and the second button are set apart from any other buttons.<br><br>*'197 Intrinsic Evidence:*<br>● U.S. Patent No. D524,251 (the "'251 Patent"), at Description, Figs. 1-5<br>● '197 Patent, at Description, Figs. 1-8<br>● '197 Patent File History<br>　○ Patent Application dated 05/01/06, at p. 3-4, Figs. 1-10<br>　○ Restriction Requirement Mailed 12/05/06, at p. 2<br>　○ Notice of Allowance Mailed 07/31/07, at p. 2-4 (Examiner's Amendment)<br>　○ Amendment After Notice | 03/31/16<br>○ Reexam. Final Office Action 06/29/16<br>○ Reexam. Supplemental Response 07/01/16 |

11

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|-----|-----------|-----------|---------------------------------------------------|------------------------------------------------|
| | | | of Allowance dated 10/31/07, at 2, Replacement Sheet<br>○ Decision Granting Ex Parte Reexam. 07/14/15, at p. 3-4<br>○ Reexam. Non-Final Office Action Mailed 12/30/15, at p. 4<br>○ Response to Non-Final Office dated 03/30/16, at p. 4-13, 17-23 | |
| 5 | "Multimedia" | '949 Patent, '637 Patent | Any type of media that comprises audio (including audio alone)<br><br>*'949 Intrinsic Evidence:*<br>● '949 Patent, at Figs. 1, 2A-2B, 3C-E, 4, col. 1:26-2:17, 2:28-37, 2:65-3:3, 3:28-45, 4:55-5:31, 5:37-6:60, 7:9-11, 7:22-8:13, 8:38-40, 9:24-64, 10:30-42, Claims 1, 3-4, 7-8, 10-11, 13-15, 17, 18, 20<br>● '949 Patent File History<br>○ Non-Final Office Action Mailed 04/10/13, at p. 3, 7<br>○ Notice of Allowance Mailed 09/06/13, at p. 2-3 (Notice of Allowability)<br>○ Request for Ex Parte | More than one type of media content, such as music, photos, and video<br><br>*'949 Intrinsic Evidence:*<br>● '949 Patent, at Fig. 3, col. 9:49-59<br>● '949 Patent File History<br>○ Preliminary Amend. 03/23/13<br>○ Non-Final Office Action 04/10/13<br>○ Response to Non-Final Office Action 07/08/13<br>○ Amend. After Notice of Allowance 09/13/13<br>○ Reexam. Non-Final Office Action 04/22/15 |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | Reexam. 01/05/15, at p. 7, 9-10, 24-25<br>○ Decision Granting Ex Parte Reexam. 01/29/15, at p. 2, 6<br>○ Reexam. Non-Final Office Action Mailed 04/22/15, at p. 3, 7, 11<br>○ Response to Reexam. Non-Final Office Action dated 06/22/15, at p. 8-12, 14-16<br>○ Reexam. Final Office Action Mailed 08/05/15, at p. 3, 7, 11, 14-16<br>● '014 Patent, at Figs. 1, 2A-2B, 3A-C, 4A-B, 7A-C, col. 1:17-2:13, 2:24-51, 3:29-34, 4:11-36, 4:58-7:42, 7:59-61, 8:4-18, 8:28-33, 8:50-61, 9:18-23, 9:47-50, 10:1-15, 10:28-62, 12:10-18, 14:6-51<br><br>_'637 Intrinsic Evidence:_<br>● '637 Patent, at Abstract, Figs. 1-4, col. 1:55-67, 2:28-10:15, Claims 1-2, 9<br>● _See also_ '637 Patent Intrinsic Evidence for "audio" terms | ○ Response to Reexam. Non-Final Office Action 06/22/15<br>○ Reexam. Final Office Action 08/05/15<br>○ Response to Reexam. Final Office Action 10/05/15<br><br>_'637 Intrinsic Evidence:_<br>● '637 Patent File History<br>○ Preliminary Amend. 03/19/14<br>○ Non-Final Office Action 06/17/14<br>○ Response to Non-Final Office Action 08/14/14 |
| 6 | "audio data," "audio signal" | '224 Patent | Plain and ordinary meaning / no construction necessary | Encoded sound and not the sound itself |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | "audio signal," "audio data," "audio content" "audio data stream" "audio information" "audio data" | '312 Patent '258 Patent '509 Patent '357 Patent '959 Patent | *'258/'357 Intrinsic Evidence:* <br>● '258 Patent, at Figs. 1-3, col. 1:33-43, 1:55-3:33, 3:31-35, 3:40-41, 3:49-7:48, 7:58-8:37, 9:37-10:47, 10:60-11:31, 12:25-13:21, 13:54-14:19, 15:26-17:44, 17:57-22:48, 24:19-25:43, 26:15-31:6, 31:34-31:41, 31:49-32:13, 32:23-32:65, 35:1-25, 35:33-60, 36:19-54, Claims 1, 8, 10-11, 16-17, 24, 26 <br>● '357 Patent, at Abstract, Claims 1-3, 8-11, 18-20 <br>  ○ <u>NOTE</u>: Because the '258 and '357 Patents are in the same family and share a common specification, Sonos has not included separate citations to the overlapping disclosure in the '357 Patent, but Sonos expressly reserves its right to rely on this disclosure in the '357 Patent. <br>● '637 Patent, at Figs. 1-3, col. 2:17-22, 2:28-3:63, 4:21-6:41, 7:25-9:44, 9:61-10:15, Claims 1-2, 9, 13-14, 18 <br>● '395 Patent, at Claims 1, 5-6, 10, 14, 18-19 | *'258/'357 Intrinsic Evidence:* <br>● '258 Patent, at Figs. 3-4, col. 31:49-32:22 <br>● '258 Patent File History <br>  ○ Preliminary Amend. 02/20/14 <br>  ○ Non-Final Office Action 07/25/14 <br>  ○ Response to Non-Final Office Action 10/27/14 <br>  ○ Final Office Action 02/11/15 <br>  ○ Response to Final Office Action 03/27/15 <br>  ○ RCE 05/11/15 <br>  ○ Amend. After Notice of Allowance 07/14/15 <br>  ○ RCE 09/07/15 <br>  ○ Amend. After Notice of Allowance 09/28/15 <br>● '357 Patent, at col. 31:45-32:18 <br>● '357 Patent File History <br>  ○ Preliminary Amend. 10/17/14 <br>  ○ Non-Final Office Action 12/01/14 <br>  ○ Response to Non-Final Office Action 01/19/15 <br>  ○ Final Office Action 03/09/15 |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | ○ NOTE: Because the '258 and '395 Patents are in the same family and share a common specification, Sonos has not included separate citations to the overlapping disclosure in the '395 Patent, but Sonos expressly reserves its right to rely on this disclosure in the '395 Patent.<br>● U.S. App. No. 60/490,768 Provisional Application dated 07/28/03, at p. 1-11, Figs. 1-4<br><br>_'014/'949 Intrinsic Evidence:_<br>● '014 Patent, at Figs. 1-2A, col. 1:24-2:13, 2:24-2:51, 3:29-34, 3:46-50, 4:11-42, 4:59-6:5, 6:18-7:22, 8:50-57, 10:1-10:15, 10:28-32, 12:10-27, Claims 1, 3, 21<br>● '949 Patent, at Figs. 1-2A, col. 1:31-2:17, 2:28-37, 3:40-45, 3:57-60, 4:55-6:40, 7:9-11, 8:1-8, 9:39-44<br><br>_'959/'509 Intrinsic Evidence:_<br>● '959 Patent, at Abstract, Figs. 1-2A, 7-9, col. 1:54-2:19, 2:31-34, 2:57-65, 3:9-4:37, 4:51-58, 5:30-8:45, 9:1-17, 10:50-58, 13:56- | ○ Response to Final Office Action 05/11/15<br>○ RCE 07/07/15<br><br>_'959/'509 Intrinsic Evidence:_<br>● '959 Patent, at col. 1:54-63, 6:24-44<br>● '959 Patent File History<br>○ Non-Final Office Action 03/23/15<br>○ Response to Non-Final Office Action 04/20/15<br>○ Amend. After Notice of Allowance 08/13/15<br>○ RCE 09/21/15<br>○ Request for Ex Parte Reexam. 05/25/16<br>● '509 Patent File History<br>○ Non-Final Office Action 09/27/13<br>○ Response to Non-Final Office Action 12/19/13<br>○ Final Office Action 02/10/14<br>○ RCE 05/12/14<br>○ Non-Final Office Action 02/13/15<br>○ Response to Non-Final Office Action 04/16/15<br>○ Amend. After Notice of Allowance 08/10/15 |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | 19:62, Claims 1-2, 5-9, 12, 14-15, 18-22<br>• '509 Patent, at Abstract, Figs. 1-2A, 7-8, col. 1:23-2:15, 2:26-35, 2:58-3:49, 3:60-63, 4:23-25, 4:62-5:62, 6:52-7:3, 8:51-59, 11:56-13:41, Claims 1-3, 6-7, 11-13, 16-17, 23-25, 28-29<br>• '509 Patent File History<br>  ○ Patent Application dated 01/25/11, at p. 29-33<br>• U.S. App. No. 60/825,407 Provisional Application dated 09/12/06, p. 3-10, Figs. 1-2A<br><br>*'556 Intrinsic Evidence:*<br>• '556 Patent, at Abstract, Figs. 1, 2A-C, 4, 6A-B, 7A-B, 8, 9, 13, 15, 17, col. 1:37-45, 1:51-63, 2:10-11, 2:26-29, 2:33-3:15, 4:21-5:3, 6:6-9:3, 9:64-10:3, 10:57-12:65, 15:22-16:3, 19:47-23:67, Claims 1-2, 5-6, 17-21, 24-25, 28-29, 32-33<br><br>*'312 Intrinsic Evidence:*<br>• '312 Patent, at Abstract, Figs. 1-2A, 7-9, 11, col. 1:6-23, 1:32-35, 1:58-65, 2:12-3:57, 4:21-5:35, 5:53-6:48, 8:12-9:21, 10:11-13, 10:23-27, 11:28-36, 14:36-16:14, | ○ Amend. After Notice of Allowance 10/12/15<br>○ Request for Ex Parte Reexam. ('959 Patent) 05/25/16<br><br>*'312 Intrinsic Evidence:*<br>• '312 Patent File History<br>○ Non-Final Office Action 04/24/14<br>○ Response to Non-Final Office Action 07/03/14<br>○ Final Office Action 07/25/14<br>○ Response to Final Office Action 09/22/14<br>○ Amend. After Notice of Allowance 12/08/14<br><br>*'224 Intrinsic Evidence:*<br>• '224 Patent File History<br>○ Non-Final Office Action 07/16/13<br>○ Response to Non-Final Office Action 10/15/13<br>○ Final Office Action 01/29/14<br>○ Response to Final Office Action 04/22/14 |

16

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | 16:39-18:37, 18:62-20:44, 22:42-23:53, Claims 1-2, 4, 6-9, 10-19<br>● '312 Patent File History<br>　○ Patent Application dated 04/18/11, at p. 44-45<br><br>_'224 Intrinsic Evidence:_<br>● '224 Patent, at Abstract, Figs. 1, 2A, 2B, col. 1:15-60, 2:4-25, 2:36-56, 3:1-8, 3:23-33, 3:59-5:39, 6:8-19, 7:11-12, 7:27-36, 8:6-13, 8:30-32, Claims 1, 2, 7, 8, 11-13, 19 | |
| 7 | "independently clocked" | '258 Patent, '357 Patent | The phrases "wherein the first and second zone players remain independently clocked while playing back audio in synchrony" and "wherein the zone players in the synchrony group remain independently clocked while playing back audio in synchrony" mean that "each zone player operates in accordance with its own respective clock during synchronous playback."<br><br>Similarly, the phrase "wherein the first and second playback devices remain independently clocked during synchronous playback of the audio | Operating autonomously to any external clock<br><br>_'258/'357 Intrinsic Evidence:_<br>● '258 Patent, at Abstract, col. 2:20-3:3, 31:34-48<br>● '258 Patent File History<br>　○ Preliminary Amend. 02/20/14<br>　○ Non-Final Office Action 07/25/14<br>　○ Response to Non-Final Office Action 10/27/14<br>　○ Final Office Action 02/11/15<br>　○ Response to Final Office Action 03/27/15 |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | information" means that "each playback device operates in accordance with its own respective clock during synchronous playback." <br><br> *'258/'357 Intrinsic Evidence:* <br> • '258 Patent, at Title, Abstract, col. 1:33-51, 1:55-2:36, 2:40-3:22, 8:6-23, 11:21-65, 12:43-51, 14:53-59, 16:43-47, 22:49-58, 23:1-22, 24:19-25:43, 31:34-41, 32:38-34:35, Claims 1, 9-11, 15-17, 25-26 <br> • '357 Patent, at Claims 1, 8-9 <br>     ○ <u>NOTE</u>: Because the '258 and '357 Patents are in the same family and share a common specification, Sonos has not included separate citations to the overlapping disclosure in the ''357 Patent, but Sonos expressly reserves its right to rely on this disclosure in the '357 Patent. <br> • '395 Patent, at Title, col. 66:53-67:18, Claims 1, 10, 14 <br>     ○ <u>NOTE</u>: Because the '258 and '395 Patents are in the same family and share a common specification, |     ○ RCE 05/11/15 <br>     ○ Amend. After Notice of Allowance 07/14/15 <br>     ○ RCE 09/07/15 <br>     ○ Amend. After Notice of Allowance 09/28/15 <br> • '357 Patent File History <br>     ○ Preliminary Amend. 10/17/14 <br>     ○ Non-Final Office Action 12/01/14 <br>     ○ Response to Non-Final Office Action 01/19/15 <br>     ○ Final Office Action 03/09/15 <br>     ○ Response to Final Office Action 05/11/15 <br>     ○ RCE 07/07/15 |

18

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | Sonos has not included separate citations to the overlapping disclosure in the '395 Patent, but Sonos expressly reserves its right to rely on this disclosure in the '395 Patent.<br>● '637 Patent, at Title, Abstract, col. 1:47-2:13, 3:35-51, 5:16-18, 7:49-9:60, Claims 1, 9, 18<br>● U.S. App. No. 60/490,768 Provisional Application dated 7/28/03, at p. 1-11, Figs. 1-4<br>● '258 File History<br>  ○ Notice of Allowance Mailed 07/02/15<br>● '357 File History<br>  ○ Notice of Allowance Mailed 08/04/15 | |
| 8 | "clock information"<br><br>"clock time information" | '637 Patent, '357 Patent<br><br>'258 Patent | Plain and ordinary meaning / no construction necessary<br><br>*'258/'357/'637 Intrinsic Evidence:*<br>● '258 Patent, at Abstract, Fig. 2-3, col. 1:33-43, 1:55-2:36, 2:40-3:22, 5:12-17, 6:52-64, 7:15-31, 7:41-48, 8:6-23, 11:31-65, 12:43-13:6, 13:54-60, 14:40-15:14, 15:61-16:47, 18:3-5, 21:60-67, 22:1-35, 22:49-58, 23:1-22, | A time reference identifying a specific point in time at a minimum resolution of time<br><br>*'258/'357/'637 Intrinsic Evidence:*<br>● '258 Patent, at Abstract, col. 2:20-3:3, 7:58-8:37, 23:1-22, 31:34-48<br>● '258 Patent File History<br>  ○ Preliminary Amend. 02/20/14 |

19

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|-----|-----------|-----------|--------------------------------------------------|------------------------------------------------|
| | | | 24:19-26:3, 28:39-44, 32:23-34:35, Claims 1, 9-11, 15-17, 25-26<br>• '357 Patent, at Claims 1-2, 8-10, 17<br>   ○ NOTE: Because the '258 and '357 Patents are in the same family and share a common specification, Sonos has not included separate citations to the overlapping disclosure in the ''357 Patent, but Sonos expressly reserves its right to rely on this disclosure in the '357 Patent.<br>• '637 Patent, at Abstract, Figs. 2-3, col. 1:47-2:13, 3:35-51, 5:16-18, 7:49-9:60, Claims 1, 9, 18<br>• '395 Patent, at Abstract, col. 66:53-67:18, 69:50-57, 69:64-70:21, Claims 1-20<br>   ○ NOTE: Because the '258 and '395 Patents are in the same family and share a common specification, Sonos has not included separate citations to the overlapping disclosure in the '395 Patent, but Sonos expressly reserves its right | ○ Non-Final Office Action 07/25/14<br>○ Response to Non-Final Office Action 10/27/14<br>○ Final Office Action 02/11/15<br>○ Response to Final Office Action 03/27/15<br>○ RCE 05/11/15<br>○ Amend. After Notice of Allowance 07/14/15<br>○ RCE 09/07/15<br>○ Amend. After Notice of Allowance 09/28/15<br>• '637 Patent, at Abstract, col. 8:3-9:15<br>• '637 Patent File History<br>   ○ Preliminary Amend. 03/19/14<br>   ○ Non-Final Office Action 06/17/14<br>   ○ Response to Non-Final Office Action 08/14/14<br>• '357 Patent File History<br>   ○ Preliminary Amend. 10/17/14<br>   ○ Non-Final Office Action 12/01/14<br>   ○ Response to Non-Final Office Action 01/19/15<br>   ○ Final Office Action |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | to rely on this disclosure in the '395 Patent.<br>• U.S. App. No. 60/490,768 Provisional Application dated 07/28/03, at p. 1-2, 4-7, 10, Fig. 4<br>• '258 File History<br>  ○ Notice of Allowance Mailed 07/02/15<br>• '357 File History<br>  ○ Notice of Allowance Mailed 08/04/15 | 03/09/15<br>  ○ Response to Final Office Action 05/11/15<br>  ○ RCE 07/07/15 |
| 9 | "playback timing information" | '258 Patent, '357 Patent | Plain and ordinary meaning / no construction necessary<br><br>*'258/'357 Intrinsic Evidence:*<br>• '258 Patent, at Abstract, Fig. 2, 2A, 4, col. 1:33-43, 1:55-2:36, 2:40-3:22, 5:12-17, 6:52-64, 7:15-31, 7:41-48, 8:6-23, 10:15-20, 10:60-11:31, 12:25-13:6, 13:54-60, 14:13-19, 14:40-15:14, 15:61-16:47, 18:11-49, 18:67-19:9, 19:21-20:57, 21:60-67, 22:1-35, 22:49-58, 23:23-24:18, 24:19-25:43, 27:1-31:27, 32:23-34:35, 35:38-54, Claims 1, 10-11, 16-17, 26<br>• '357 Patent, at Claims 1-2, 8-10, 17 | A clock time associated with a frame of audio data<br><br>*'258/'357 Intrinsic Evidence:*<br>• '258 Patent, at Abstract, col. 2:20-3:3, 7:58-8:37, 16:48-17:6, 23:23-34, 31:34-48<br>• '258 Patent File History<br>  ○ Preliminary Amend. 02/20/14<br>  ○ Non-Final Office Action 07/25/14<br>  ○ Response to Non-Final Office Action 10/27/14<br>  ○ Final Office Action 02/11/15<br>  ○ Response to Final Office Action 03/27/15 |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | ○ NOTE: Because the '258 and '357 Patents are in the same family and share a common specification, Sonos has not included separate citations to the overlapping disclosure in the '357 Patent, but Sonos expressly reserves its right to rely on this disclosure in the '357 Patent.<br>● '395 Patent, at Abstract, col. 66:53-67:22, 69:26-57, 69:64-70:21<br>○ NOTE: Because the '258 and '395 Patents are in the same family and share a common specification, Sonos has not included separate citations to the overlapping disclosure in the '395 Patent, but Sonos expressly reserves its right to rely on this disclosure in the '395 Patent.<br>● U.S. App. No. 60/490,768 Provisional Application dated 07/28/03, at p. 1-2, 4-8, 10, Figs. 3-4<br>● '258 File History<br>○ Notice of Allowance | ○ RCE 05/11/15<br>○ Amend. After Notice of Allowance 07/14/15<br>○ RCE 09/07/15<br>○ Amend. After Notice of Allowance 09/28/15<br>● '357 Patent File History<br>○ Preliminary Amend. 10/17/14<br>○ Non-Final Office Action 12/01/14<br>○ Response to Non-Final Office Action 01/19/15<br>○ Final Office Action 03/09/15<br>○ Response to Final Office Action 05/11/15<br>○ RCE 07/07/15 |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | Mailed 07/02/15<br>● '357 File History<br>  ○ Notice of Allowance Mailed 08/04/15 | |
| 10 | "an indication of when to play one or more samples in a frame, indication of when to play each of the plurality of frames, indication of when to play the one or more audio samples of the respective frame, indication of when to play each of the plurality of frames" | '637 Patent | Plain and ordinary meaning / no construction necessary<br><br>_'637 Intrinsic Evidence:_<br>● '637 Patent, at Abstract, Figs. 2, 4, col. 2:3-12, 3:10-56, 5:24-7:48, 8:31-9:15, Claims 1, 8-9, 17-18, 23<br>● '637 Patent File History<br>  ○ Patent Application dated 02/10/14, at p. 21-26<br>  ○ Preliminary Amendment dated 03/19/14, at 2-7<br>● _See also_ '258/'357 intrinsic evidence for "playback timing information" | Indication of a frame-specific minimum resolution of time<br><br>_'637 Intrinsic Evidence:_<br>● '637 Patent, at Abstract, col. 8:3-9:15<br>● '637 Patent File History<br>  ○ Preliminary Amend. 03/19/14<br>  ○ Non-Final Office Action 06/17/14<br>  ○ Response to Non-Final Office Action 08/14/14 |
| 11 | powered off state, powered on state, power[ing] down, power[ing] on | '224 Patent | The term "powered off state" means "a state in which the audio amplifier consumes no power or a minimum amount of power.<br><br>The term "power[ing] down" means "to place in a powered off state."<br><br>The term "powered on state" means | Power off, powered off state – completely without power<br><br>Power on, powered on state – at full operational power<br><br>_'224 Intrinsic Evidence:_<br>● '224 Patent, at Figs. 3A-4, col. 2:15-53 |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | "a state in which the audio amplifier consumes more than a minimum amount of power." | ● '224 Patent File History  ○ Non-Final Office Action 07/16/13  ○ Response to Non-Final Office Action 10/15/13  ○ Final Office Action 01/29/14  ○ Response to Final Office Action 04/22/14 |
| | | | The term "power[ing] on" means "to place into a powered on state. | |
| | | | *'224 Intrinsic Evidence:*  ● '224 Patent, at Figs. 3A, 3B, 4, col. 3:11-18, 4:3-8, 5:26-39, 5:54-65, 6:20-57, 7:37-8:5  ● '224 Patent File History  ○ Office Action Mailed 07/16/13, at p. 4 | |
| 12 | "line in connector" | '312 Patent | Plain and ordinary meaning / no construction necessary | Analog TRS-type connector/ socket |
| | | | *'312 Intrinsic Evidence:*  ● '312 Patent, at Abstract, Figs. 1, 2A, 11, col. 1:5-23, 1:32-35, 2:1-2, 2:12-3:57, 4:33-35, 5:2-8, 5:53-6:5, 6:13-7:12, 7:21-24, 7:30-35, 8:12-34, 8:44-63, 22:42-46, 22:57-23:53, Claims 1, 2, 4, 5, 9  ● '312 Patent File History:  ○ Patent Application dated 04/18/11, at p. 44-45  ○ Notice of Allowance Mailed 10/01/14, at p. 8 | *'312 Intrinsic Evidence:*  ● '312 Patent, at col. 22:57-23:6  ● '312 Patent File History:  ○ Non-Final Office Action 04/24/14  ○ Response to Non-Final Office Action 07/03/14  ○ Final Office Action 07/25/14  ○ Response to Final Office Action 09/22/14  ○ Amend. After Notice of Allowance 12/08/14 |

| No. | Claim Term | Patent(s) | Sonos's Proposed Construction & Intrinsic Evidence | D&M's Proposed Construction & Intrinsic Evidence |
|---|---|---|---|---|
| | | | (examiner's statement of reasons for allowance) | |
| 13 | "Equalization" | '959 Patent | The phrase "performing a first [second] equalization of the audio data" means "any of turning on or off (or effectively muting) one or more specific speaker drivers, changing the channel output of one or more speaker drivers, changing the frequency response of one or more specific speaker drivers, changing the amplifier gain of any particular speaker driver, and changing the amplifier gain of the playback device as a whole."<br><br>*'959 Intrinsic Evidence:*<br>● '959 Patent, at col. 1:54-2:19, 3:16-46, 3:53-57, 3:65-4:2, 4:5-24, 4:31-35, 4:61-67, 6:24-44, 8:1-14, 8:21-43, 13:56-14:67, 15:12-33, 15:64-16:12, 16:16-67, 17:13-37, 18:28-51, 19:42-48, 20:51-58, Claims 1, 2, 5-8, 14, 15, 18-20<br>● '959 Patent File History<br>  o Patent Application dated 06/09/14, at p. 41-45 | A set of frequency-dependent or speaker-driver dependent parameters that affect a range and/or power level of frequencies within a channel<br><br>*'959 Intrinsic Evidence:*<br>● '959 Patent, at col. 16:16-47<br>● '959 Patent File History<br>  o Non-Final Office Action 03/23/15<br>  o Response to Non-Final Office Action 04/20/15<br>  o Amend. After Notice of Allowance 08/13/15<br>  o RCE 09/21/15<br>  o Request for Ex Parte Reexam. 05/25/16 |