IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 14-1330-RGA |
| D&M HOLDINGS INC., et al., | : |
| Defendants. | : |

**ORDER**

This **31** day of August 2016, upon consideration of the Magistrate Judge's Report and Recommendation dated August 10, 2016, and no objections to the Report and Recommendation having been received, and the Court having reviewed the Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 143) is **ADOPTED**.

2. Plaintiff's Motion to Strike (D.I. 111) is **GRANTED in part and DENIED in part** as set forth in the Report and Recommendation.

*Richard G. Andrews*
United States District Judge