**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SONOS, INC., § <br> §<br> *Plaintiff*, §<br> §<br> v. §<br> §<br> D&M HOLDINGS INC. d/b/a THE D+M §<br> GROUP, D&M HOLDINGS U.S. INC., and §<br> DENON ELECTRONICS (USA), LLC, §<br> §<br> *Defendants*. | Civil Action No. 14-1330-WCB |

## SCHEDULING ORDER

The above-captioned action was transferred to the undersigned on September 15, 2017.

The Scheduling Orders in this action are amended as follows:

| Activity | Date | Amended Date |
|---|---|---|
| Draft Pretrial | August 20 (18), 2017 | October 17, 2017 |
| Defendant Pretrial | September 5, 2017 | October 31, 2017 |
| Pretrial Order Filed | September 19, 2017 | November 14, 2017 |
| Pretrial Conference | September 22, 2017 | November 17, 2017 |
| Trial | October 2, 2017 | December 11, 2017 |

IT IS SO ORDERED.

SIGNED this 25th day of September, 2017.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE