## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 14-1330-WCB |
| v. ) | |
| ) | |
| D&M HOLDINGS INC. d/b/a THE ) | **JURY TRIAL DEMANDED** |
| D+M GROUP, D&M HOLDINGS U.S. ) | |
| INC., and DENON ELECTRONICS ) | **PUBLIC VERSION** |
| (USA), LLC, ) | |
| ) | |
| Defendants. ) | |

## EXHIBITS A-G TO SONOS'S MOTIONS IN LIMINE (SCHEDULE H1 TO THE JOINT PROPOSED PRETRIAL ORDER (D.I. 438))

OF COUNSEL:

George I. Lee
Sean M. Sullivan
Rory P. Shea
J. Dan Smith
Michael P. Boyea
Cole B. Richter
Jae Y. Pak
LEE SULLIVAN SHEA & SMITH LLP
224 North Desplaines St., Suite 250
Chicago, IL 60661
(312) 754-9602

Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff*
*Sonos, Inc.*

Dated: November 17, 2017
Public version dated: November 21, 2017

# EXHIBIT A

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT B

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT C

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT D

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT E

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT F

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT G

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY