IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SONOS, INC., | § | |
| | § | REDACTED |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 14-1330-WCB |
| D&M HOLDINGS INC. d/b/a THE D+M | § | |
| GROUP, D&M HOLDINGS U.S. INC., and | § | |
| DENON ELECTRONICS (USA), LLC, | § | |
| | § | |
| *Defendants*. | § | |

## VERDICT FORM

**INSTRUCTIONS**: Answer the enclosed questions following the instructions given on this verdict form.

Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

# U.S. Patent No. 9,195,258 ("the '258 patent")

1. Has <u>Sonos</u> proved, by a preponderance of the evidence, that Denon **directly infringed** any of the following claims of U.S. Patent No. 9,195,258? *[check yes or no for each claim]*

|  | Yes (for Sonos) | No (for Denon) |
|---|---|---|
| Claim 17 | ✓ |  |
| Claim 21 | ✓ |  |
| Claim 24 | ✓ |  |

2. Has <u>Sonos</u> proved, by a preponderance of the evidence, that Denon **actively induced others** to infringe any of the following claims of U.S. Patent No. 9,195,258? *[check yes or no for each claim]*

|  | Yes (for Sonos) | No (for Denon) |
|---|---|---|
| Claim 17 | ✓ |  |
| Claim 21 | ✓ |  |
| Claim 24 | ✓ |  |

3. Has <u>Sonos</u> proved, by a preponderance of the evidence, that Denon **contributed to another's infringement** of any of the following claims of U.S. Patent No. 9,195,258? *[check yes or no for each claim]*

|  | Yes (for Sonos) | No (for Denon) |
|---|---|---|
| Claim 17 | ✓ |  |
| Claim 21 | ✓ |  |
| Claim 24 | ✓ |  |

*[Only answer Question 4 if you checked "yes" for at least one of the claims in one or more of Questions 1, 2, or 3. Otherwise, continue onto Question 5.]*

4. Has <u>Sonos</u> proved, by a preponderance of the evidence, that Denon's infringement activity of U.S. Patent No. 9,195,258 was **willful**? *[circle yes or no]*

(**Yes (for Sonos)**)                    No (for Denon)

*[Continue onto the next page.]*

### U.S. Patent No. 7,571,014 ("the '014 patent")

5. Has <u>Sonos</u> proved, by a preponderance of the evidence, that Denon **directly infringed** <u>claim 25</u> of U.S. Patent No. 7,571,014? *[circle yes or no]*

    (Yes (for Sonos) circled)     No (for Denon)

6. Has <u>Sonos</u> proved, by a preponderance of the evidence, that Denon **actively induced others** to infringe <u>claim 25</u> of U.S. Patent No. 7,571,014? *[circle yes or no]*

    (Yes (for Sonos) circled)     No (for Denon)

7. Has <u>Sonos</u> proved, by a preponderance of the evidence, that Denon **contributed to another's infringement** of <u>claim 25</u> of U.S. Patent No. 7,571,014? *[circle yes or no]*

    (Yes (for Sonos) circled)     No (for Denon)

*[Only answer Question 8 if you circled "yes" in one or more of Questions 5, 6, or 7. Otherwise, continue onto Question 9.]*

8. Has <u>Sonos</u> proved, by a preponderance of the evidence, that Denon's infringement activity of claim 25 of the U.S. Patent No. 7,571,014 was **willful**? *[circle yes or no]*

    (Yes (for Sonos) circled)     No (for Denon)

*[Continue onto the next page.]*

### U.S. Patent No. 8,588,949 ("the '949 patent")

9. Has <u>Sonos</u> proved, by a preponderance of the evidence, that Denon **directly infringed** <u>claim 1</u> of U.S. Patent No. 8,588,949? *[circle yes or no]*

   (Yes (for Sonos))          No (for Denon)

10. Has <u>Sonos</u> proved, by a preponderance of the evidence, that Denon **actively induced others** to infringe <u>claim 1</u> of U.S. Patent No. 8,588,949? *[circle yes or no]*

    

    (Yes (for Sonos))          No (for Denon)

11. Has <u>Sonos</u> proved, by a preponderance of the evidence, that Denon **contributed to another's infringement** of <u>claim 1</u> of U.S. Patent No. 8,588,949? *[circle yes or no]*

    (Yes (for Sonos))          No (for Denon)

*[Only answer Question 12 if you checked "yes" in one or more of Questions 9, 10, or 11. Otherwise, continue onto Question 13.]*

12. Has <u>Sonos</u> proved, by a preponderance of the evidence, that Denon's infringement activity of <u>claim 1</u> of the U.S. Patent No. 8,588,949 was **willful**? *[circle yes or no]*

    

    (Yes (for Sonos))          No (for Denon)

*[Continue onto the next page.]*

## Invalidity

*[For Question 13, answer **only** regarding the claims that you found to be infringed in one or more of Questions 1, 2, or 3.]*

13. Has <u>Denon</u> proved, by clear and convincing evidence, that any of the following claims of U.S. Patent No. 9,195,258 is **invalid**? *[check yes or no for each claim]*

|  | Yes (for Denon) | No (for Sonos) |
|---|---|---|
| Claim 17 |  | ✓ |
| Claim 21 |  | ✓ |
| Claim 24 |  | ✓ |

*[For Question 14, answer **only** if you found claim 25 to be infringed in one or more of Questions 5, 6, or 7.]*

14. Has <u>Denon</u> proved, by clear and convincing evidence, that <u>claim 25</u> of U.S. Patent No. 7,571,014 is **invalid**? *[circle yes or no]*

   Yes (for Denon)      (No (for Sonos))

*[For Question 15, answer **only** if you found claim 1 to be infringed in one or more of Questions 9, 10, or 11.]*

15. Has <u>Denon</u> proved, by clear and convincing evidence, that <u>claim 1</u> of U.S. Patent No. 8,588,949 is **invalid**? *[circle yes or no]*

   Yes (for Denon)      (No (for Sonos))

*[Continue onto the next page.]*

## Damages

*[If you found any claim to be infringed and not invalid, please answer Question 16. Otherwise, skip Question 16.]*

16. What amount of damages should be awarded to Sonos to compensate for the infringement by Denon?

    $ __1,989,818__

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The foreman should then sign and date the verdict form in the spaces below and notify the marshal that you have reached a verdict.

The foreman should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

_____   __15 December 2017__
Signature                  Date