**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SONOS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 14-1330-WCB |
| D&M HOLDINGS INC. d/b/a THE D+M GROUP, D&M HOLDINGS U.S. INC., and DENON ELECTRONICS (USA), LLC, | § § § § | |
| *Defendants*. | § § | |

## ORDER

The Court is prepared to enter judgment in this case, but before doing so the Court needs to resolve certain outstanding issues with the assistance of the parties.

Pursuant to Federal Rule of Civil Procedure 58(b), the Court is required to enter judgment promptly following trial.  In this case, however, the bellwether trial did not dispose of all of the plaintiff's claims against the defendants.  In order to enter an order that would lead to the entry of a final and appealable judgment in this case, the Court is required either to await the trial or trials on the plaintiff's remaining claims, or alternatively to enter a judgment on fewer than all of the plaintiff's claims pursuant to Federal Rule of Civil Procedure 54(b), which permits entry of a final judgment on fewer than all of the asserted claims "only if the court expressly determines that there is no just reason for delay."

Before taking any action in this regard, the Court wishes the parties to advise the Court whether they favor immediate entry of judgment pursuant to Rule 54(b) and, if so, to advise the Court as to why there is "no just reason for delay" in entering the judgment.  The parties' submissions on that issue should be filed no later than January 29, 2018.

The Court further directs the parties to meet and confer by January 29, 2018, regarding any proposed motions for a permanent injunction, an ongoing royalty, supplemental damages, or enhanced damages.  Regardless of whether the parties agree that the entry of judgment under Rule 54(b) is appropriate, they should also meet and confer at that time regarding pre- and post-judgment interest, costs, and any other proposed terms of a final judgment, in the event that the Court decides to enter judgment under Rule 54(b).  If the parties are unable to agree on any of those issues, the plaintiff is directed to file a brief by February 12, 2018, addressing any disputed issue regarding those measures of relief.  The defendants are directed to file a responsive brief by February 26, 2018.  The plaintiff may file a reply by March 5, 2018.  Each party's opening submission should include a proposed form of judgment.  If either party wishes to have a hearing on any disputed issue, issue regarding the contents of the final judgment, such a request should be made in that party's opening brief.

IT IS SO ORDERED.

SIGNED this 16th day of January, 2018.


_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE