

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Philip A. Rovner**
Partner
Attorney at Law
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Firm Fax

January 29, 2018

**BY CM/ECF**

The Honorable William C. Bryson
United States Court of Appeals for the Federal Circuit
Howard T. Markey National Courts Building
717 Madison Place, N.W.
Washington D.C. 20439

      Re:   *Sonos, Inc. v. D&M Holdings Inc., et al.*, C.A. No. 14-1330-WCB (D. Del.)

Dear Judge Bryson:

The parties, Sonos, Inc. and D&M Holdings, jointly submit this response to the Court's January 16, 2018 order (D.I. 532).

**Agreed Issues – Entry of Judgment Under Rule 54(b)**

The parties agree that, rather than wait for trial on the remaining five patents at issue in this case, judgment under Federal Rule of Civil Procedure 54(b) is appropriate. Both parties have issues they wish to address on appeal prior to proceeding with the next trial on the remaining five patents in this case. The parties believe resolving these issues on appeal prior to a subsequent trial is necessary because they will impact and may limit the issues in the subsequent trial.

With respect to the timing of the Rule 54(b) judgment on fewer than all claims, the parties agree that entry of judgment should follow the resolution of the parties' post-trial motions. In that way, all disputed issues related to the first jury trial can be addressed in one appeal.

**Remaining Disputed Issues**

The parties intend to submit post-trial motions per the Court's order regarding the remaining areas of dispute that the parties have not reached agreement on: permanent injunction; ongoing royalty; supplemental damages; and enhanced damages.

In addition, D&M intends to file motions for judgment as a matter of law and for a new trial on February 12, 2018.

Counsel are available at the Court's convenience should Your Honor wish to discuss any of the aforementioned issues.

Respectfully,

*/s/ Philip A. Rovner*

Philip A. Rovner (#3215)

cc: All Counsel of Record – by CM/ECF

5613557