IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONOS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 14-1330 (WCB) |
| ) | |
| D&M HOLDINGS INC. d/b/a THE D+M ) | |
| GROUP, D&M HOLDINGS U.S. INC., and ) | |
| DENON ELECTRONICS (USA), LLC, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE
AND MODIFICATION OF PROTECTIVE ORDER**

The Parties, Plaintiff Sonos, Inc. ("Sonos") and Defendants D&M Holdings Inc. d/b/a The D+M Group, D&M Holdings U.S., Inc., and Denon Electronics (USA), LLC (collectively, "D&M"), have entered into a Confidential Patent Covenant Agreement, which is dated May 17, 2018 and incorporated herein by reference ("Agreement"), that resolves all claims, defenses, and potential counterclaims in this action. Accordingly, the Parties, by and through their undersigned attorneys, hereby stipulate to dismissal of this action with prejudice.

The Parties further stipulate that by incorporating the terms of the Agreement herein by reference, the obligations of the Parties to comply with the terms of the Agreement are made a part of this Order of Dismissal. As such, this Court retains jurisdiction over the Parties, and any successors or assigns thereto, for the purpose of enforcing the terms of the Agreement.

The Parties also jointly stipulate to modify Paragraph 13.4 of the Protective Order (D.I. 69) governing this action such that any restrictions on preparing or prosecuting patent applications set forth in Paragraph 13.4 expire at nine (9) months from the time that a Party

complies with its obligation under Paragraph 14 of the Protective Order to return or destroy the specified Protected Material.

It is further stipulated and agreed that each Party will bear its own costs, expenses, and attorneys' fees incurred in connection with this action.

| POTTER ANDERSON & CORROON LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| */s/ Philip A. Rovner* | */s/ Michael J. Flynn* |
| Philip A. Rovner (#3215) | Jack B. Blumenfeld (#1014) |
| Jonathan A. Choa (#5319) | Michael J. Flynn (#5333) |
| Hercules Plaza | 1201 N. Market Street |
| P.O. Box 951 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 984-6000 | (302) 658-9200 |
| provner@potteranderson.com | jblumenfeld@mnat.com |
| jchoa@potteranderson.com | mflynn@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

May 18, 2018

SO ORDERED this ___ day of _____, 2018.

_____
UNITED STATES CIRCUIT JUDGE